David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
Stephen A. Watkins (205175)
Watkinss@cmtlaw.com
Carlson & Messer LLP
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
CREDIT COLLECTION SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NATHAN HALE, | ) CASE NO.: |
| :--- | :--- |
| Plaintiff, | ) **NOTICE OF REMOVAL** |
| vs. | ) |
| CREDIT COLLECTION SERVICES, INC. | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant CREDIT COLLECTION SERVICES, INC. ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

1. On May 13, 2016, Plaintiff NATHAN HALE ("Plaintiff") filed a civil action in the Superior Court of California, Los Angeles County, entitled *Hale v. CREDIT COLLECTION SERVICES, INC.,* Case No. 16k05841. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

2. Plaintiff's Complaint was served on Defendant on May 24, 2016.

3. This Notice of Removal is timely filed within the 30-day removal period pursuant to 28 U.S.C. § 1446(b).

4. There are no other Defendants named in Plaintiff's Complaint.

5. This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.) and Telephone Consumer Protection Act (47 U.S.C. § 227 *et seq.*).  It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a).  This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint includes a demand for a jury trial.  Defendant also demands a jury trial.

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

DATED: June 23, 2016　　　　　　　**CARLSON & MESSER, LLP**

　　　　　　　　　　　　　　　　　By:   s/ David J. Kaminski
　　　　　　　　　　　　　　　　　　　　David J. Kaminski
　　　　　　　　　　　　　　　　　　　　Stephen A. Watkins
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　CREDIT COLLECTION SERVICES, INC.