1  David J. Kaminski (SBN 128509)
   Kaminskid@cmtlaw.com
2  J. Grace Felipe (SBN 190893)
   Felipej@cmtlaw.com
3  Shawn Eldridge (SBN 276581)
   Eldridges@cmtlaw.com
4  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
5  Los Angeles, California 90045
   (310) 242-2200 Telephone
6  (310) 242-2222 Facsimile

7  Attorneys for Defendant,
   CREDIT COLLECTION SERVICES, INC.
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| NATHAN HALE, | CASE NO. 2:16-cv-04566-AB-AJW |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| CREDIT COLLECTION SERVICES, INC., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff NATHAN HALE ("Plaintiff") and Defendant CREDIT COLLECTION SERVICES, INC. ("Defendant") have reached a settlement. The parties anticipate filing a joint motion dismissing the entire case with prejudice within 60 days.

/ / /

/ / /

/ / /

---

{00057988;1}08526.00                  - 1 -                  NOTICE OF SETTLEMENT
                                                             CASE NO: 2:16-cv-04566-AB-AJW

1  Because Plaintiff has reached a settlement with Defendant in this case,
2  Defendant respectfully requests that all pleadings and filing requirements applicable to
3  this case, as well as any scheduled hearings.

**CARLSON & MESSER LLP**

DATED:  November 29, 2016    By:  /s/ Shawn S. Eldridge
　　　　　　　　　　　　　　　　　　David J. Kaminski
　　　　　　　　　　　　　　　　　　J. Grace Felipe
　　　　　　　　　　　　　　　　　　Shawn S. Eldridge
　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　CREDIT COLLECTION
　　　　　　　　　　　　　　　　　　SERVICES, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2016, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was served via the District Court ECF on the following:

Adrian Robert Bacon
Todd M Friedman
LAW OFFICES OF TODD FRIEDMAN PC
21550 Oxnard Street
Suite 780
Woodland Hills, CA 91367
Tel: 877-206-4741
Fax: 866-633-0228
Email: abacon@toddflaw.com
          tfriedman@toddflaw.com

                                            CARLSON & MESSER, LLP

Dated: November 29, 2016       By: /s/ Shawn Eldridge
                                            David J. Kaminski
                                            J. Grace Felipe
                                            Shawn Eldridge
                                            Attorneys for Defendant
                                            CREDIT COLLECTION SERVICES, INC.