JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathan Hale<br><br>                    Plaintiff,<br><br>v.<br><br>Credit Collection Services, Inc.<br><br>                    Defendants. | Case No.  CV 16-04566-AB (AJWx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60  days,** to re-open the action if settlement is not consummated.   This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 30, 2016     _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.